United States District Court
Middle District of Florida
Jacksonville Division

**ERIC JOSEY,**

    **Plaintiff,**

v.                           **NO. 3:25-CV-829-MMH-LLL**

**TRANSPORTATION SECURITY ADMINISTRATION, ET AL.,**

    **Defendants.**

_____

### Order

Before the Court is plaintiff's Motion for Leave to File Documents Electronically via CM/ECF. Doc. 5. As an initial matter, plaintiff's motion fails to comply with the Local Rules of this Court because it contains an impermissible proposed order but does not include a memorandum of law supporting his request. See Local Rule 3.01(a), (k), Middle District of Florida Local Rules. Even if his motion did comply with the applicable rules, plaintiff's filing shows that he is able to quickly and successfully access the docket of this case and file documents through the Clerk of Court. Accordingly, plaintiff's motion, doc. 5, is **denied without prejudice**.

**Ordered** in Jacksonville, Florida on July 24, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Eric Josey, pro se plaintiff
    250 Palm Coast Pkwy
    Suite 607, PMB 173
    Palm Coast, FL 32137