United States District Court
Middle District of Florida
Jacksonville Division

**ERIC JOSEY,**

    **Plaintiff,**

v.                                            No. 3:25-cv-829-MMH-LLL

**TRANSPORTATION SECURITY ADMINISTRATION, ET AL.,**

    **Defendants.**

_____

### Order

Before the Court is plaintiff's Amended Motion for Leave to File Documents Electronically via CM/ECF and Incorporated Memorandum of Law. Doc. 8. Plaintiff's initial motion, doc. 5, was denied, in part, for failing to comply with the Middle District of Florida Local Rules, but more significantly, because plaintiff's filings demonstrated his ability to quickly and successfully access the docket and file documents with the Clerk of Court, doc. 7. Although plaintiff's amended motion contains none of its predecessor's procedural deficiencies, it fails to present any new information not previously considered by the Court that would warrant granting access to the Court's electronic case filing (ECF) system. *See* doc. 8.[1] Accordingly, plaintiff's amended motion, *id.*, is **denied without prejudice**.

---

[1] The Court notes that, irrespective of this Order, the United States District Court for the Middle District of Florida has elected to no longer permit pro se litigants to submit filings

**Ordered** in Jacksonville, Florida on August 4, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

c:
Eric Josey, pro se plaintiff
    250 Palm Coast Pkwy
    Suite 607, PMB 173
    Palm Coast, FL 32137

---

through the court's web portal as of August 1, 2025. https://www.flmd.uscourts.gov/electronic-document-submission-web-portal (last visited August 4, 2025).