# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO: 3:25-cv-00829-MMH-LLL

Plaintiff / Petitioner: ERIC JOSEY

vs.

Defendant / Respondent: TRANSPORTATION SECURITY ADMINISTRATION, DAVID PEKOSKE, ET AL

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Thu, Jul 31, 2025 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION , VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES, EXHIBITS TO VERIFIED COMPLAINT, , MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION, DECLARATION OF ERIC JOSEY, PLAINTIFF'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND FOR INTERIM INJUNCTIVE RELIEF , [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR ORDER TO SHOW CAUSE FOR INTERIM INJUNCTIVE RELIEF in a postage-paid sealed wrapped properly addressed to U.S. DEPARTMENT OF JUSTICE, TSA, ATTORNEY GENERAL OF THE UNITED STATES at 950 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20530, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

Sworn to me on the 7/31/25

Notary Public

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER. 85TH FL. NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA        CASE NO: 3:25-cv-00829-MMH-LLL
Plaintiff / Petitioner: ERIC JOSEY
vs.
Defendant / Respondent: TRANSPORTATION SECURITY ADMINISTRATION, DAVID PEKOSKE, ET AL

I NASIM DEHGHANI being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Thu, Jul 31, 2025 deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION , VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES, EXHIBITS TO VERIFIED COMPLAINT, , MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION, DECLARATION OF ERIC JOSEY, PLAINTIFF'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND FOR INTERIM INJUNCTIVE RELIEF , [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR ORDER TO SHOW CAUSE FOR INTERIM INJUNCTIVE RELIEF in a postage-paid sealed wrapped properly addressed to TRANSPORTATION SECURITY ADMINSTRATION, TSA, OFFICE OF CHIEF COUNSEL-TSA-2 at 6595 SPRINGFIELD CENTER DRIVE, SPRINGFIELD, VA 22150, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

Sworn to me on the  7/31/25

_____          _____
Notary Public                                                      NASIM DEHGHANI
Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER. 85TH FL. NEW YORK, NY 10007

# AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA         CASE NO: 3:25-cv-00829-MMH-LLL
Plaintiff / Petitioner: ERIC JOSEY
vs.
Defendant / Respondent: TRANSPORTATION SECURITY ADMINISTRATION, DAVID PEKOSKE, ET AL

I **NASIM DEHGHANI** being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on **Thu, Jul 31, 2025** deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION , VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT, PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF AND DAMAGES, EXHIBITS TO VERIFIED COMPLAINT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND PRELIMINARY INJUNCTION, DECLARATION OF ERIC JOSEY, PLAINTIFF'S EMERGENCY MOTION FOR ORDER TO SHOW CAUSE AND FOR INTERIM INJUNCTIVE RELIEF , [PROPOSED] ORDER GRANTING EMERGENCY MOTION FOR ORDER TO SHOW CAUSE FOR INTERIM INJUNCTIVE RELIEF in a postage-paid sealed wrapped properly addressed to U.S. ATTORNEY FOR THE MIDDLE DISTRICT OF FLORIDA at 400 NORTH TAMPA STREET STE 3200, TAMPA, FL 33602, Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services.

Envelope marked "Personal and Confidential".

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"

Sworn to me on the _7/31/25_

Brian B. Ricks
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2026

*Notary Public*

NASIM DEHGHANI

UNDISPUTED LEGAL, INC., ONE WORLD TRADE CENTER. 85TH FL. NEW YORK, NY 10007