AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| ERIC JOSEY <br><br> *Plaintiff(s)* <br> v. <br> TRANSPORTATION SECURITY ADMINISTRATION, DAVID PEKOSKE, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:25-cv-00829-MMH-LLL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. Department of Justice
Attorney General of the United States
950 PennsylvaniaAve NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric Josey
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/9/2025    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ERIC JOSEY

*Plaintiff(s)*

v.

TRANSPORTATION SECURITY ADMINISTRATION, DAVID PEKOSKE, et. al.

*Defendant(s)*

Civil Action No. 3:25-cv-00829-MMH-LLL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TRANSPORTATION SECURITY ADMINISTRATION
TSA Office of Chief Counsel – TSA-2
6595 Springfield Center Drive
Springfield, VA 20598-6002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric Josey
250 Palm Coast Pkwy NE
Suite 607, PMB 173
Palm Coast, FL 32137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/9/2025

*Signature of Clerk or Deputy Clerk*