# AFFIDAVIT OF SERVICE BY MAIL

ERIC JOSEY,

    Plaintiff,

v.   Civil No. 3:25-cv-829-JEP-LLL

TRANSPORTATION SECURITY   Judge Jordan E. Pratt
ADMINISTRATION; DAVID PEKOSKE, et. al.

    Defendants.

---

    I, FELICIA JOSEY, being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

    That on October 15, 2025, deponent enclosed a copy of the SUMMONS IN A CIVIL ACTION and AMENDED VERIFIED COMPLAINT FOR DECLARATORY JUDGMENT, in a postage-paid sealed wrapped properly addressed to: **U.S. DEPARTMENT OF JUSTICE, TSA, ATTORNEY GENERAL OF THE UNITED STATES at 950 PENNSYLVANIA AVENUE NORTHWEST, WASHINGTON, DC 20530,** in a First-Class Mail Envelope Marked "Personal and Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served and deposited said envelope in (a post office) official depository under the exclusive care and custody the United States Postal Services in compliance with Federal Rule of Civil Procedure 4(i).

                                                    */s/ Felicia Josey*
                                                       FELICIA JOSEY

Sworn to before me on: _November 17, 2025_

_____
Notary Public



SHARI SEEBAUER
MY COMMISSION # HH261903
EXPIRES: May 18, 2026