United States District Court
Middle District of Florida
Jacksonville Division

**ERIC JOSEY,**

    Plaintiff,

v.                                                                              NO. 3:25-CV-829-JEP-LLL

**TRANSPORTATION SECURITY ADMINISTRATION, ET AL.**

    Defendants

_____

## Order of Recusal

Due to a personal relationship with one of the parties or counsel, the undersigned hereby recuses herself from further proceedings in this action.

**Ordered** in Jacksonville, Florida, on January 5, 2026.



/s/ Laura Lothman Lambert
United States Magistrate Judge

c:
Eric Josey, pro se plaintiff
    250 Palm Coast Pkwy
    Suite 607, PMB 173
    Palm Coast, FL 32137
Richard Lasseter, Esquire