UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

      Plaintiff,

v.                          Case No.  3:25-cv-00829-JEP-PDB

TRANSPORTATION SECURITY
ADMINISTRATION, et al.,

      Defendants.

_____/

## MOTION FOR LEAVE TO FILE A REPLY

Defendants, Transportation Security Administration, et al., through the undersigned Assistant United States Attorney, pursuant to Local Rule 3.01(d) hereby move for leave to file a reply to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (ECF 21) filed on December 31, 2025.

## MEMORANDUM OF LAW IN SUPPORT

Local Rule 3.01(d) provides that there is no right of reply as a matter of right (except for motions for summary judgment) but provides that a party may seek leave to file a reply and the motion must be no more than three pages, shall not attach the reply, and must specify the need for, and the length of, the proposed reply.  *See* Local. R. 3.01(d).  "The purpose of a reply brief is to rebut any new law or facts contained in the oppositions [sic] response to a request for relief before the Court." *Herezi v. 31-W Insulation Co.*, No. 5:23-CV-646-MMH-PRL, 2025 WL 1913203, at *1 (M.D. Fla. May 1, 2025) (internal citations omitted).  A party must show good cause for a

1

reply. *Id.* "The Court will not grant leave to file a reply unless the reply benefits the Court's resolution of the pending motion." *Id.* (internal citations omitted).

Good cause exists and a reply would benefit the Court's resolution of Defendants' Motion to Dismiss (ECF 20). Defendants request 5 pages for the length of their reply. Defendants' Motion to Dismiss asserts a lack of subject matter jurisdiction, that Plaintiff's Fifth Amendment claim fails on its merits, and that Plaintiff's APA claim is precluded and fails on its merits. Full dismissal of this matter is warranted, as further explained in Defendants' opening brief.

First, Defendants seek leave to reply to address the scope of judicial review under 49 U.S.C. 46110, which, contrary to Plaintiff's contentions, may include review of constitutional claims. Second, Defendants seek leave to reply to address *Jajati v. CBP*, 102 F.4th 1011 (9th Cir. 2024), which Plaintiff relies on to oppose Defendants' committed to agency discretion argument. Finally, Defendants seek leave to reply to address Plaintiff's arguments on the merits of his Fifth Amendment and APA claims. This matter involves issues of first impression for which clarity is needed, justifying the need to file a reply in this matter.

## CONCLUSION

Based upon the foregoing, Defendants respectfully request leave to file a 5-page reply to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss (ECF 21).

## <u>Local Rule 3.01(g) Certification</u>

Defendants certify that they conferred with Plaintiff regarding the relief sought by this motion via telephone and Plaintiff does not object to Defendants' request for leave to file a reply.

Dated: January 17, 2026   Respectfully submitted,

          GREGORY W. KEHOE
          United States Attorney

          */s/Richard L. Lasseter*
          Richard L. Lasseter
          Assistant United States Attorney
          Florida Bar No. 0060365
          300 North Hogan Street, Suite 700
          Jacksonville, FL 32202-4270
          Telephone No. (904) 301-6258
          Facsimile No. (904) 301-6240
          Email: richard.lasseter@usdoj.gov
          *Attorneys for Defendants*