UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

               Plaintiff,

v.                                                                    Case No.: 3:25-cv-829-JEP-SJH

TRANSPORTATION SECURITY
ADMINISTRATION, et al.,

               Defendant.
_____/

## NOTICE OF SUBSTITUTION OF AUSA AND DESIGNATION AS LEAD COUNSEL

PLEASE TAKE NOTICE that **MAI TRAN**, Assistant United States Attorney,

is hereby designated as **lead counsel of record** for the Defendant, United States of

America, and shall be **substituted** in place of Assistant United States Attorney **Richard**

**Lasseter**. From this date forward, all matters related to this case should be made

known to the undersigned, through one of the means of contact indicated below.

Dated: February 17, 2026                    Respectfully submitted,

                                         GREGORY W. KEHOE
                                         United States Attorney

                                         */s/ Mai Tran*
                                         MAI TRAN
                                         Assistant United States Attorney
                                         Florida Bar No. 100982
                                         300 North Hogan Street, Suite 700
                                         Jacksonville, FL 32202-4270
                                         Telephone No. (904) 301-6358/6300
                                         Facsimile No. (904) 301-6240
                                         Email: Mai.Tran2@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2026, I electronically filed the

foregoing document with the Clerk of the Court by using the CM/ECF system,

which will send a notice of electronic filing to CM/ECF participants. Further, I will

email, as expeditiously as possible, an electronic copy to Plaintiff:

>Eric Josey
>250 Palm Coast Pkwy NE
>Ste. 607, PMB 173
>Palm Coast, Florida 32137
>Email: premier.consulting173@aol.com
>>*Pro Se Litigant*
>
>>*/s/ Mai Tran*
>>MAI TRAN
>>Assistant United States Attorney

2