UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ERIC JOSEY,

      Plaintiff,

v.                                                      CASE NO. 3:25-cv-829-JEP-SJH

TRANSPORTATION SECURITY
ADMINISTRATION, et al.,

      Defendants.
_____/

**ORDER**

Plaintiff's Notice of Waiver of Service by Mail and Consent to Electronic Service, Doc. 29, is **granted**[1] to the extent that the Clerk of Court is **directed** to add Plaintiff's specified email address (premier.consulting173@aol.com) to the docket and to send future notices of electronic filing to this email address.[2] Plaintiff is **cautioned** that he will no longer receive Court filings by U.S. mail.[3]

---

[1] Plaintiff's filing does not comply with Local Rules 1.08 or 3.01, but in this specific instance the Court finds it appropriate to nevertheless grant the relief herein. *See* Local Rule 1.01(a)-(b); *see also* Fed. R. Civ. P. 1; *Pinkston v. Univ. of S. Fla. Bd. of Trs.*, No. 8:18-cv-2651-T-33SPF, 2019 WL 4581364, at *1 (M.D. Fla. Sept. 20, 2019). In addition, the Court does not deem a response necessary. *See Hot Wheels Lux, LLC v. Morris*, No. 6:23-cv-394-PGB-DCI, 2024 WL 2273373, at *1 & n.1 (M.D. Fla. Apr. 10, 2024); *see also* Fed. R. Civ. P. 1. Plaintiff shall ensure that future filings fully comply with the Local Rules. Furthermore, future requests for relief must expressly be made by motion. *See* Fed. R. Civ. P. 7(b)(1); Local Rule 3.01.

[2] Plaintiff's filing addresses, and this Order in turn authorizes, only Plaintiff's receipt of service electronically. Nothing herein authorizes Plaintiff to file documents electronically. *See also* Doc. 10.

[3] Plaintiff is responsible for filing a notice of any change to his contact information, including any change to his email address. Plaintiff is cautioned to frequently check his email, as some filings could be time sensitive. The notices of electronic filing Plaintiff receives will contain a hyperlink that

The parties' Joint Motion to Stay the Filing of a Case Management Report and to Stay Discovery, Doc. 28, is **granted**. Discovery and the requirement to file a case management report are **stayed** pending a ruling on the motion to dismiss, Doc. 20, unless otherwise ordered by the Court.

**DONE AND ORDERED** in Jacksonville, Florida, on February 24, 2026.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

*Pro Se* Plaintiff

Counsel of Record

---

will allow Plaintiff to view the document for the first time for free. The hyperlink expires after the earlier of two events: the first use or 15 days after the notice is emailed. An individual must access PACER to view a document after the hyperlink has expired. The Court's Guide for Proceeding Without a Lawyer, available at http://www.flmd.uscourts.gov/pro_se/default.htm, includes instructions on registering for PACER.